**[DntchgMP]** [District Notice of Preliminary Hearing or Status Conference (MP)]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

John−Michael Cohan

Misc. Pro. No. 2:26−mp−00001−FMR

_____/

<u>NOTICE OF PRELIMINARY HEARING</u>

NOTICE IS GIVEN THAT:

1. A preliminary hearing in this proceeding will be held on **August 12, 2026** at **1:30 pm** by Zoom on the following matter:

Verified Motion for Recusal and Disqualification of Judge Jason A. Burgess pursuant to 28 U.S.C Section 455(a) filed by Interested Party John Michael Cohan. Motion originally filed as Doc. No. 622 in Case No. 3:24−bk−00496−BAJ , (Document No. 1)

2. The Court will conduct by Zoom. There will be no in-person appearances for this hearing.

3. Parties are directed to consult Judge Rivera's Procedures Governing Court Appearances regarding policies and procedures for attendance at hearings by video or telephone via Zoom, available at https://www.flmb.uscourts.gov/judges/rivera/. If you are unable to access the Court's website, please contact the Courtroom Deputy at (813) 301−5195 no later than 3:00 p.m. one business day before the date of the hearing.

4. Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

5. The Court may continue this hearing upon announcement made in open court without further notice.

6. Parties are reminded to comply with all requirements of Local Rule 7001−1.

7. <u>Avoid Delays.</u> You must show a photo I.D. to enter the Courthouse. You may not bring a cell phone or a computer into the Courthouse unless you are an attorney with a valid Florida Bar identification card or a pro hac vice order, or the presiding judge has entered a specific order authorizing you to bring your cell phone or computer into the Courthouse. See Rule 7.02 of the Local Rules of the United States District Court and Local Bankruptcy Rule 5073−1.

FOR THE COURT

Dated: July 16, 2026        Jose A Rodriguez , Clerk of Court

Sam M. Gibbons United States Courthouse
801 North Florida Avenue
Suite 555
Tampa, FL 33602−3899

The Clerk's office is directed to serve a copy of this notice on interested parties.

[*]All references to "Debtor" refer to both debtors in a case filed jointly by two individuals.