ORDERED.

**Dated: August 20, 2026**

Luis E. Rivera II
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

In re

Misc. Pro. No. 2:26-mp-00001-FMR

Verified Motion for Recusal and
Disqualification of Judge Jason A. Burgess
Pursuant to 28 U.S.C. § 455(a),

**SCHEDULING ORDER**

THIS PROCEEDING came before the Court upon the Verified Motion for Recusal and Disqualificaton of Judge Jason A. Burgess Pursuant to 28 U.S.C. § 455(a) (Doc. 1) (the "Motion") filed by John Michael Cohan ("Cohan"). A hearing on the Motion was held on August 12, 2026. It is

**ORDERED**:

1. No later than August 19, 2026, David Hughes and Cohan shall mail their briefs in support of the Motion to the court for filing.

2. Other interested parties, including but not limited to Aaron Cohen, Chapter 7 Trustee and the United States Trustee, shall each have seven (7) days from the docketing of David Hughes' and Cohan's briefs to file any response.

Attorney Raye C. Elliott is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and to file a proof of service within three days of entry of this order.