ORDERED.

**Dated: August 20, 2026**

Luis E. Rivera II
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

In re Misc. Pro. No. 2:26-mp-00001-FMR

Verified Motion for Recusal and
Disqualification of Judge Jason A. Burgess
Pursuant to 28 U.S.C. § 455(a),

---

**ORDER DENYING JOHN MICHAEL COHAN'S VERIFIED MOTION TO EXPAND SCOPE OF CONTESTED MATTER TO INCLUDE RETALIATORY INJUNCTION**

THIS PROCEEDING came before the Court upon the Verified Motion to Expand Scope of Contested Matter to Include Retaliatory Injunction (Doc. 9) (the "Motion") filed by John Michael Cohan ("Cohan"). Aaron R. Cohen, Chapter 7 Trustee (the "Trustee"), filed a Response to the Motion (Doc. 19). Cohan filed a Reply to the Trustee's Response (Doc. 20). A hearing on the Motion was held on August 12, 2026. For the reasons stated on the record in open court, it is

**ORDERED**:

The Motion is DENIED without prejudice.

Attorney Raye C. Elliott is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and to file a proof of service within three days of entry of this order.