ORDERED.

**Dated: August 20, 2026**

Luis E. Rivera II
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

In re

Misc. Pro. No. 2:26-mp-00001-FMR

Verified Motion for Recusal and
Disqualification of Judge Jason A. Burgess
Pursuant to 28 U.S.C. § 455(a),

---

**ORDER DENYING JOHN MICHAEL COHAN'S**
**VERIFIED MOTION TO COMPEL DISCOVERY**

THIS PROCEEDING came before the Court upon the Verified Motion to Compel Discovery (Doc. 10) (the "Motion") filed by John Michael Cohan. Guy A. Van Baalen, Acting United States Trustee for Region 21, filed a Response to the Motion (Doc. 21). A hearing on the Motion was held on August 12, 2026. For the reasons stated on the record in open court, it is

**ORDERED**:

The Motion is DENIED without prejudice as premature.

Attorney Raye C. Elliott is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and to file a proof of service within three days of entry of this order.