**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

In re Misc. Pro. No. 2:26-mp-00001-FMR

Verified Motion for Recusal and
Disqualification of Judge Jason A. Burgess
Pursuant to 28 U.S.C. § 455(a),

______________________________________

**PROOF OF SERVICE**

I HEREBY CERTIFY that true and correct copies of the (i) Scheduling Order (Doc. 25), (ii) Order Denying John Michael Cohan's Verified Motion to Stay All Proceedings Before Judge Burgess (Doc. 26), (iii) Order Denying John Michael Cohan's Verified Motion to Expand Scope of Contested Matter to Include Retaliatory Injunction (Doc. 27), and (iv) Order Denying John Michael Cohan's Verified Motion to Compel Discovery (Doc. 28) were served on August 20, 2026, via CM/ECF after the docketing to all parties-in-interest who have consented to receiving electronic notifications in this case, and by electronic mail to the following who consented in writing to receive service of pleadings at the email addresses listed below:

John Michael Cohan
iustusprocessus@outlook.com

David Choate Hughes II
davidchoatehughes@gmail.com

Dated: August 20, 2026

AKERMAN LLP

By: */s/ Raye C. Elliott*

Raye C. Elliott, Esq.
Florida Bar Number: 018732
Email: raye.elliott@akerman.com
401 East Jackson Street, Suite 1700
Tampa, FL 33602
Phone: (813) 223-7333
Fax: (813) 223-2837

Attorneys for Aaron R. Cohen, Chapter 7 Trustee