**[DntchgMP]** [District Notice of Preliminary Hearing or Status Conference (MP)]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

In Re: Case No. 3:-24-bk-496-BAJ

Genie Investments NV Inc.

Verified Motion for Recusal and Disqualification of Judge Jason A Burgess Pursuant to 22 U.S.C. Sec 455(a),

Misc. Pro. No. 2:26−mp−00001−FMR

______________________________________/

NOTICE OF ZOOM PRELIMINARY HEARING

NOTICE IS GIVEN THAT:

1. A preliminary hearing in this proceeding will be held via Zoom before the Honorable Luis E Rivera, United States Bankruptcy Judge on September 23, 2026 at 1:30 pm on the following matter:

Motion for Protective Order Filed by Raye Curry Elliott on behalf of Interested Party Aaron R. Cohen, Chapter 7 Trustee, Amended Motion for Leave to Proceed in forma pauperis and for Transcript at Government Expense. Filed by Interested Party John−Michael Cohan and Amended Motion for Service by the United States Marshals Service. Filed by Interested Party John−Michael Cohan. , (Document No. 39, 53 and 54 )

2. There will be no in-person appearances for this preliminary hearing. **Advanced Registration Required:** To participate in the preliminary hearing remotely via Zoom (whether by video or by telephone) Parties are directed to consult Judge Rivera's Procedures Governing Court Appearances regarding policies and procedures for attendance at hearings by video or telephone via Zoom, available at https://www.flmb.uscourts.gov/judges/rivera/. If you are unable to access the Court's website, please contact the Courtroom Deputy at (813) 301−5195 no later than 3:00 p.m. one business day before the date of the hearing.

3. Any party opposing the relief sought at this hearing must appear at the hearing via Zoom; otherwise, any objections or defenses may be deemed waived.

4. The Court may continue this hearing upon announcement made in open court without further notice.

5. Parties are reminded to comply with all requirements of Local Rule 7001−1.

FOR THE COURT

Dated: September 8, 2026 Jose A Rodriguez , Clerk of Court

Sam M. Gibbons United States Courthouse
801 North Florida Avenue
Suite 555
Tampa, FL 33602−3899

The Clerk's office is directed to serve a copy of this notice on interested parties.

*All references to "Debtor" refer to both debtors in a case filed jointly by two individuals.