**[Dntccnra]** [District Notice Cancelling or Rescheduling Hearing / Conference / Trial (AP)]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

In re:

Case No. 3:24−bk−00496−BAJ
Chapter 7

Genie Investments NV Inc.

Debtor* /

John−Michael Cohan

Plaintiff*

vs.

Adv. Pro. No. 2:26−mp−00001−FMR

Defendant* /

NOTICE OF RESCHEDULED HEARING
(ZOOM ONLY HEARING)

NOTICE IS GIVEN THAT the hearing regarding 1) Motion for Protective Order Filed by Raye Curry Elliott on behalf of Interested Party Aaron R. Cohen, Chapter 7 Trustee. (Elliott, Raye) Doc #39 Amended Response to Chapter 7 Trustee's Motion for Protective Order. Filed by Interested Party John−Michael Cohan (related document(s)[39]). (Kerkes, Deborah) Doc #55 (2) Amended Motion for Leave to Proceed in forma pauperis and for Transcript at Government Expense. Filed by Interested Party John−Michael Cohan. Doc #53 (3) Amended Motion for Service by the United States Marshals Service. Filed by Interested Party John−Michael Cohan. Doc #54 − Response to Trustee's Response and in Support of Motion to Intervene and Request for Limited Discovery Filed by Interested Party David C. Hughes II (related document(s)[38], [52]). Doc #73 , originally scheduled for September 23, 2026, has been rescheduled.

The hearing has been rescheduled and will be held on September 30, 2026 at 02:00 PM in Room 4−102, Hearing Room, United States Courthouse, 2110 First St., Fort Myers, FL 33901.

The Court will conduct the hearing in person at the location identified in this notice. Parties are directed to consult Judge Rivera's Procedures Governing Court Appearances regarding policies and procedures for attendance at hearings by video or telephone via Zoom, available at https://www.flmb.uscourts.gov/judges/rivera/. If you are unable to access the Court's website, please contact the Courtroom Deputy at (813) 301−5195 no later than 3:00 p.m. one business day before the date of the hearing.

Avoid Delays. You must show a photo I.D. to enter the Courthouse. You may not bring a cell phone or a computer into the Courthouse unless you are an attorney with a valid Florida Bar identification card or a pro hac vice order, or the presiding judge has entered a specific order authorizing you to bring your cell phone or computer into the Courthouse. See Rule 7.02 of the Local Rules of the United States District Court and Local Bankruptcy Rule 5073−1.

FOR THE COURT

Dated: September 16, 2026

Jose A Rodriguez , Clerk of Court
Sam M. Gibbons United States Courthouse
801 North Florida Avenue
Suite 555
Tampa, FL 33602−3899

The Clerk's office is directed to serve a copy of this notice on interested parties.

*All references to "Debtor" refer to both debtors in a case filed jointly by two individuals.

**References to "Plaintiff" or "Defendant" refer to multiple plaintiffs or defendants, if applicable.