FILED VIA MAIL

SEP 17 2026
Clerk, U.S. Bankruptcy Court
Middle District of Florida
Tampa Division

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
In re: John-Michael Cohan
Misc. Pro. No. 2:26-mp-00001-FMR

# JOHN MICHAEL COHAN'S VERFIED MOTION FOR PROTECTIVE ORDER TO SEAL ADDRESS UNDER MARSY'S LAW

COMES NOW John Michael Cohan, protected person under Marcy's Law, pro se, and respectfully moves this Court for a protective order sealing his address pursuant to Marsy's Law (Art. I, § 16, Fla. Const.) and 11 U.S.C. § 107(c).

## I. THE UNDERSIGNED IS A CRIME VICTIM UNDER MARSY'S LAW

1. The undersigned is a victim of a crime that occurred during the §341 meeting held on April 17, 2024, in the underlying bankruptcy proceeding (Case No. 3:24-bk-00496-BAJ).

2. A Florida state judge found probable cause that the undersigned's restraining order was violated during that meeting.

3. The violation was documented in a police report.

4. The police report was removed from the docket twice without motion, notice, or hearing.

5. The audio recording of the §341 meeting was allegedly altered to remove the undersigned's invocation of rights.

6. The undersigned has provided the FBI Letter — a letter from his abuser addressed to his minor daughter, bearing the return address of the Jacksonville FBI office — as supporting evidence (Bankr. Doc. 674; Misc. Doc. 69).

7. The FBI Letter is critical evidence. It corroborates the undersigned's claims of abuse, supports the restraining order violation that occurred during the §341 meeting, and confirms that the undersigned's allegations are not fabricated.

8. The undersigned reported this letter to the FBI in 2024. He is now following up on that report and has also submitted this letter to the Jacksonville Sheriff's Office as supporting evidence for his previous police report. Once the undersigned receives the updated police report, he will submit it to this Court as well.

II. MARSY'S LAW PROTECTS THE UNDERSIGNED'S PRIVACY

9. Marsy's Law (Art. I, § 16, Fla. Const.) grants crime victims the right to prevent disclosure of information that could be used to locate or harass the victim or the victim's family.

10. The undersigned's address has been posted on the docket by Lea Muse in the main bankruptcy case (Bankr. Doc. 674) and in the David Hughes bankruptcy case

(CDIL, *In re: David Choate Hughes II, 25-70566*, Bankr. Doc. 676), despite the undersigned being a protected person with an active restraining order.

11. The undersigned's address has been sealed in other cases to protect him and his minor daughter from the abuser.

12. The abuser has a history of showing up uninvited, making unfounded police reports, and appearing at the §341 meeting where she violated the restraining order.

13. The undersigned's minor daughter lives with him. If the abuser obtains his address, she could show up. The safety of the undersigned and his minor daughter is at risk.

III. MARSY'S LAW SUPPORTS THE UNDERSIGNED'S STANDING AND RIGHT TO BE HEARD

14. The crime giving rise to the FBI Letter — the violation of the undersigned's restraining order — occurred during the §341 meeting on April 17, 2024, a federal bankruptcy proceeding.

15. Marsy's Law (Art. I, § 16, Fla. Const.) grants crime victims the right to be heard in "any proceeding during which a right of the victim is implicated."

16. Because the crime occurred during a bankruptcy proceeding, the undersigned's rights as a victim are directly implicated in this case.

17. Marsy's Law supports the undersigned's standing and his right to be heard in these proceedings.

## IV. THE UNITED STATES TRUSTEE HAS DEMANDED THE UNDERSIGNED'S ADDRESS

18. The United States Trustee and others have repeatedly demanded the undersigned's address pursuant to Rule 9011(a) (3:24-bk-00496, Bankr. Doc. 648; 3:25-cv-00164, Doc. 41; 2:26-mp-00001, Misc. Doc. 22).

19. The undersigned is not refusing to comply with the rule. The undersigned is requesting protection from his known abuser.

20. No reasonable person would believe the undersigned is attempting to dodge filing requirements. A reasonable person would believe, however, that on this record, the Court should protect a victim and his minor child from further harm.

## V. BANKRUPTCY CODE SUPPORTS THE REQUEST

21. Under Bankruptcy Code § 107(c) and Federal Rule of Bankruptcy Procedure 9037, the Court may protect information if disclosure would create an undue risk of identity theft or other unlawful injury.

22. Disclosure of the undersigned's address creates an undue risk of unlawful injury to the undersigned and his minor daughter.

## VI. REQUEST FOR RELIEF

WHEREFORE, the undersigned respectfully requests that this Court:

i. Consider the undersigned's status as a crime victim under Marsy's Law;

ii. Grant a protective order sealing the undersigned's address in all filings in this proceeding;

iii. Order the United States Trustee and any other party to refrain from demanding or disclosing the undersigned's address in any public filing in this proceeding;

iv. Permit the undersigned to file a notice of confidential information pursuant to the Court's procedures;

v. In the alternative, permit the undersigned to provide his address to the Court in camera or under seal, without public disclosure; and

vi. Grant such other and further relief as the Court deems just and proper.

## VERIFICATION

I, John Michael Cohan, declare under penalty of perjury under the laws of the United States and the State of Florida that the foregoing is true and correct to the best of my knowledge and belief.

Dated: 09-14-2026

/s/ John Michael Cohan
John Michael Cohan
General Delivery
5455 Verna Blvd.
Jacksonville, Florida 32236
(516) 547-2810
iustusprocessus@outlook.com (Use email address for service only)

**Respectfully submitted in good faith,**

**John Michael Cohan, without prejudice, without recourse, UCC 1-308, 1-103**
iustusprocessus@outlook.com

## Certificate of Service

I hereby certify that all interested parties have been duly served a copy of the following documents by the CM/ECF system, U.S. Mail and/or email.

Debtor
Genie Investments NV Inc.
represented by Bryan K. Mickler
Mickler & Mickler
5452 Arlington Expressway
Jacksonville, FL 32211
904-725-0822
Email: court@planlaw.com

U.S. Trustee
represented by Scott E. Bomkamp
DOJ-Ust
United States Trustee
400 W. Washington St., Ste 1100
Orlando, FL 32801
407-648-6069
Email: scott.e.bomkamp@usdoj.gov

Chapter 7 Trustee
Aaron R. Cohen
represented by Raye Curry Elliott
Akerman LLP
401 East Jackson Street, Suite 1700
Tampa, FL 33602
(813) 223-7333
Email: raye.elliott@akerman.com

Examiner (Yip Associates)
Maria M. Yip at YIPCPA, LLC
Hal A. Levenberg
9200 S. Dadeland Blvd., Suite 316
Miami, FL 33156
Email: myip@yipcpa.com
Email: hlevenberg@yipcpa.com
represented by RYAN E. DAVIS
Florida Bar No. 0179851
Email: davis@whww.com
WINDERWEEDLE, HAINES,
WARD & WOODMAN, P.A.
Post Office Box 880
Winter Park, FL 32790-0880
(407) 423-4246

David C. Hughes II
davidchoatehughes@gmail.com

SCAM ALERT: Any communication claiming to be from the Office of the State Attorney for the 6th Judicial Circuit advising of the need to pay penalties for missing jury duty is fraudulent. Our office does not contact anyone regarding whether they attend or miss jury duty. If you have been a victim of this scam, please contact your local law enforcement agency to report the incident.



# Victim & Witness Resources

Victim & Witness Services

Victim Rights & Marsy's Law

Victim Input Form for First Appearance

Restitution & Impact Statements

Domestic Violence

Injunctions For Protection

Victim & Witness Responsibilities

Community Resources

Home > Victim & Witness Resources > Victim Rights & Marsy's Law

## Victim Rights & Marsy's Law



### Marsy's Law

On November 6, 2018, the citizens of Florida approved an amendment to the State Constitution which preserved a specific set of clear, enforceable rights and protections for crime victims. These rights are commonly known as Marsy's Law for Florida.

### Rights of a Crime Victim:

On January 8, 2019, with the enactment of Revision 1 of Article 1, Section 16, of the Florida Constitution, Section 960.001, Florida Statutes, provides legal rights established for crime victims as follow:

- You have the right to due process and to be treated with fairness and respect for your dignity.
- You have the right to be free from intimidation, harassment, and abuse.
- You have the right within the judicial process, to be reasonably protected from the accused and any person acting on behalf of the accused.
- You have the right to have your safety and welfare and that of your family considered when bail and conditions of pretrial release are set.
- You have the right to prevent the disclosure of information or records that could be used to locate or harass the victim or the victim's family, or which could disclose confidential or privileged information of the victim.
- You have the right to request reasonable, accurate, and timely notice of all public proceedings involving the criminal conduct, including, but not limited to, trial, plea, sentencing, or adjudication.

- You have the right to request the opportunity to be present at all public proceedings involving the criminal conduct, including, but not limited to, trial, plea, sentencing, or adjudication, even if you will be a witness at the proceeding, notwithstanding any rule to the contrary.
- You have the right to request the opportunity to be heard in any public proceeding involving pretrial or other release from any form of legal constraint, plea, sentencing, adjudication, or parole, and any proceeding during which a right of the victim is implicated.
- You have the right to request to confer with the prosecuting attorney concerning any plea agreements, participation in pretrial diversion programs, release, restitution, sentencing, or any other disposition of the case.
- You have the right to provide information regarding the impact of the offender's conduct on you and your family to the individual responsible for conducting any presentence investigation or compiling any presentence investigation report, and to have any such information considered in any sentencing recommendations submitted to the court.
- You have the right to request a copy of any presentence report, and any other report or record relevant to the exercise your victimls rights, except for confidential or exemptions by law.
- You have the right to request to be informed of the conviction, sentence, adjudication, place and time of incarceration, or other disposition of the convicted offender, any scheduled release date of the offender, and the release of or the escape of the offender from custody.
- You have the right to the prompt return of your property when no longer needed as evidence in the case.
- You have the right to full and timely restitution in every case and from each convicted offender for all losses suffered, both directly and indirectly, by you as a result of the criminal conduct.
- You have the right to proceedings free from unreasonable delay, and to a prompt and final conclusion of the case and any related post-judgment proceedings.

The Victim Witness Program wants to ensure that you are aware of these rights and will assist you along the way. You have a right to be informed of the court process and have input into the outcome of the case, through a Victim Impact Statement. We can assist you with this form.



Copyright 2021 Sixth Judicial Circuit State Attorney's Office. All Rights Reserved | Terms | Website by Zgraph Inc. Florida Web Design