ORDERED.

**Dated: September 22, 2026**

Luis E. Rivera II
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
www.flmb.uscourts.gov

In Re: Misc. Pro. No. 2:26-mp-00001-FMR

Verified Motion for Recusal and Disqualification of Judge Jason A. Burgess Pursuant to 28 U.S.C. § 455(a),

Debtor.
_______________________________/

**ORDER SETTING**
**HEARING ON UNITED STATES TRUSTEE'S**
**EXPEDITED MOTION FOR PROTECTIVE ORDER**

THIS CASE came on for consideration without a hearing on the *Expedited Motion for Protective Order* (the "**Motion for Protective Order**")[1] filed by the United States Trustee. The United States Trustee seeks a protective order relieving the United States Trustee of any obligation to respond to the discovery served by John Michael Cohan ("**Mr. Cohan**") because

[1] Doc. No. 75.

the United States Trustee asserts that such discovery is beyond the scope of the Disqualification Motion.[2] Under the circumstances the Court will exercise its discretion to stay all discovery requests, including all pending discovery requests and future discovery requests propounded by any interested party before the hearing on the Motion for Protective Order until further order of the Court.[3]

Accordingly, it is

**ORDERED:**

1. The Court will conduct a preliminary hearing on the Motion for Protective Order on October 22, 2026, at 1:00 PM, in Room 4-102, United States Courthouse, 2110 First Street, Fort Myers, Florida.

2. **The Court will conduct the hearing via Zoom**. Parties are directed to consult Judge Rivera's Procedures Governing Court Appearances, available at https://www.flmb.uscourts.gov/judges/rivera, regarding policies and procedures for attendance at hearings by video or telephone via Zoom. If you are unable to access the Court's website, please contact the Courtroom Deputy at 813-301-5195 no later than 3:00 p.m. one business day before the date of the hearing.

---

[2] *Id.* at ¶ 6.

[3] *See Olufemi v. Exclusive Ass'n Mgmt.,* No. 23-10752, 2024 WL 710547, at *1 (11th Cir. Feb. 21, 2024) ("When there is a pending motion that presents a purely legal question and is likely to be dispositive, a district court may stay discovery pending the resolution of the motion") (citing *Isaiah v. JPMorgan Chase Bank*, 960 F.3d 1296, 1308-09 (11th Cir. 2020)).

3. All pending discovery, including subpoenas, interrogatories, document production requests, requests for admissions, and depositions, is stayed until the hearing on the Motion for Protective Order. The United States Trustee is relieved from responding to any pending discovery and all future discovery requests prior to the hearing on the Motion for Protective Order.

The Clerk's office is directed to serve a copy of this order on interested parties.