**[Dodipafa]** [District Order Directing Immediate Payment of Appeal Filing Fee − Adversary]

ORDERED.

**Dated: October 1, 2026**

Luis E. Rivera II
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION
www.flmb.uscourts.gov

In re: Adv. Pro. No. 2:26−mp−00001−FMR

*Interested Party*
John-Michael Cohan

*Interested Party*
Aaron R. Cohen, Chapter 7 Trustee

*Interested Party*
David C. Hughes, II

*Interested Party*
John Cohan

*U.S. Trustee*

ORDER DIRECTING IMMEDIATE PAYMENT OF FILING FEE

THIS PROCEEDING came on for consideration on the Notice of Appeal filed by John−Michael Cohan ("Appellant") on September 30, 2026, Doc. No. 98.

The record reflects that Appellant has not paid the filing fee as required by Federal Rule of Bankruptcy Procedure 8003(a)(3)(C). Accordingly, it is

**ORDERED:**

1. Not later than October 15, 2026, Appellant shall pay to the clerk the sum of $298.00 representing the filing fee remaining unpaid.

2. The Appellant, if not represented by counsel, shall pay the filing fee, in the form of cashier's check or money order only, made payable to Clerk, U.S. Bankruptcy Court and delivered to or received by mail addressed to:

For Tampa and Ft. Myers cases:

Clerk, U.S. Bankruptcy Court
Sam M. Gibbons United States Courthouse
801 North Florida Avenue, Suite 555
Tampa, FL 33602

For Orlando cases:

Clerk, U.S. Bankruptcy Court
George C. Young Federal Courthouse
400 West Washington Street Suite 5100
Orlando, FL 32801

For Jacksonville cases:

Clerk, U.S. Bankruptcy Court
Bryan Simpson United States Courthouse
300 North Hogan Street, Suite 3−150
Jacksonville, FL 32202

3. If Appellant does not pay the filing fee as set forth above, the Court will enter an order dismissing the appeal without further notice or hearing.

The Clerk's office is directed to serve a copy of this order on interested parties.

[*]All references to "Debtor" refer to both debtors in a case filed jointly by two individuals.

[**]References to "Plaintiff" or "Defendant" refer to multiple plaintiffs or defendants, if applicable.