ORDERED.

**Dated: October 05, 2026**

Luis E. Rivera II
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
www.flmb.uscourts.gov

In Re: Misc. Pro. No. 2:26-mp-00001-FMR

Verified Motion for Recusal and Disqualification of Judge Jason A. Burgess Pursuant to 28 U.S.C. § 455(a),

Debtor.
__________________________________/

**ORDER APPROVING VERIFIED MOTION FOR**
**LEAVE TO PROCEED ON APPEAL IN FORT PAUPERIS**

THIS CASE came before the Court without a hearing on the *Verified Motion for Leave to Proceed on Appeal in Forma Pauperis* ("**Motion**")[1] filed by John Micheal Cohan ("**Mr. Cohan**"). Mr. Cohan seeks a waiver of the filing fee(s) due in connection with the Notice of Appeal filed on September 30, 2026.

Upon review of the Motion and the affidavit in support and other supporting documents filed by Mr. Cohan, the Court deems it appropriate to

[1] Doc. No. 103.

waive for Mr. Cohan the filings fee(s) for a notice of appeal prescribed under 28 U.S.C. § 1930(b) & (c). Accordingly, it is

**ORDERED:**

1. The *Motion to Waive Appeal Filing Fee* is **GRANTED** as set forth herein.

2. The Clerk is directed to transmit the Notice of Appeal filed by Mr. Cohan on September 30, 2026, to the District Court without payment of the fees for a notice of appeal prescribed under 28 U.S.C. § 1930(b) & (c).

The Clerk's office is directed to serve a copy of this order on interested parties.