**[Dtrnaap]** [District Transittal of Notice of Appeal − AP]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

In re: Miscellaneous Proceeding: 2-26-mp-00001-FMR

*Interested Party*
John-Michael Cohan
General Delivery
5455 Verna Blvd.
Jacksonville, FL 32205

*Interested Party*
Aaron R. Cohen, Chapter 7 Trustee
c/o Raye C. Elliott, Esq.
Akerman LLP
401 East Jackson Street, Suite 1700
Tampa, FL 33602

*Interested Party*
David C. Hughes, II
3309 Robbins Road, PMB 160
Springfield, IL 62711

*Interested Party*
John Cohan
General Delivery
5455 Verna Blvd
Jacksonville, FL 32236

*U.S. Trustee*
**United States Trustee - FTM7/13,**
**7** Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602
813-228-2000

TRANSMITTAL OF MOTION FOR LEAVE TO APPEAL AND NOTICE OF APPEAL TO DISTRICT COURT

This is an appeal pursuant to 28 U.S.C. §158(a) from a judgment, order or decree of the Bankruptcy Court entered in this adversary proceeding.

Motion for Leave to Appeal (Doc. No. 97) and Notice of Appeal (Doc. No. 98) filed by John−Michael Cohan on September 30, 2026.

Title of the order appealed is Memorandum Opinion and Order Denying Verified Motion for Recusal and Disqualification of Judge Jason A. Burgess Pursuant to 28 U.S.C. § 455(a), (Doc. No. 91) entered on September 25, 2026. The party or parties included in the appeal to District Court are:

**APPELLANT**
John−Michael Cohan, General Delivery 5455 Verna Blvd. Jacksonville, FL 32205, (516)547-2810,
Email: iustusprocessus@outlook.com

**ATTORNEY**: PRO SE

**APPELLEE**:
Aaron R. Cohen, Chapter 7 Trustee, c/o Raye C. Elliott, Esq., Akerman LLP, 401 East Jackson Street, Suite 1700, Tampa, FL 33602

**ATTORNEY**: Raye Curry Elliott, Akerman LLP, 401 East Jackson Street, Suite 1700 Tampa, FL 33602, (813) 223−7333 Email: raye.elliott@akerman.com

The items included in this transmittal pursuant to Fed. R. Bankr. P. 8003 are:

- Notice of Appeal
- Motion for Leave to Appeal
- Memorandum Opinion and Order Denying Verified Motion for Recusal and Disqualification of Judge Jason A. Burgess Pursuant to 28 U.S.C. § 455(a)

The debtor's county of residence is Duval County, Florida.

DATED on October 7, 2026.

FOR THE COURT

Jose A Rodriguez , Clerk of Court
Sam M. Gibbons United States Courthouse
801 North Florida Avenue
Suite 555
Tampa, FL 33602−3899

*All references to "Debtor" refer to both debtors in a case filed jointly by two individuals.

**References to "Plaintiff" or "Defendant" refer to multiple plaintiffs or defendants, if applicable.