UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
www.flmb.uscourts.gov

In re:

Verified Motion for Recusal and Disqualification of Judge Jason A. Burgess Pursuant to 28 U.S.C. § 455(a),

Debtor.
_____________________________/

Misc. Proc. No. 2:26-mp-00001-FMR

**APPELLEE UNITED STATES TRUSTEE'S**
**DESIGNATION OF ADDITIONAL ITEMS FOR RECORD ON APPEAL**

Guy Van Baalen, Acting United States Trustee for Region 21, pursuant to Fed. R. Bankr. P. 8009(a)(2)(A), designates the following additional items to be included in the record on John Michael Cohan's appeal (Doc. 98) of this Court's Memorandum Opinion and Order Denying Verified Motion for Recusal and Disqualification of Judge Jason A. Burgess Pursuant to 28 U.S.C. § 455(a) (Doc. 91):

## I. Items from Misc. Proc. No. 2:26-mp-00001-FMR

| Docket No. | Date | Description |
|---|---|---|
| 109 | 10/13/2026 | Appellant Designation of Record |
| 110 | 10/16/2026 | Transcript of Hearing Held on August 12, 2026 |

## II. Items from Bankr. Case No. 3:24-bk-00496-BAJ

| Docket No. | Date | Description |
|---|---|---|
| N/A | N/A | Copy of Electronic Case Docket for Bankr. Case No. 3:24-bk-00496-BAJ maintained through CM/ECF |
| N/A | N/A | Copy of Electronic Claims Register for Bankr. Case No. 3:24-bk-00496-BAJ maintained through CM/ECF |
| 1 | 2/21/2024 | Voluntary Petition under Chapter 11 |
| 20 | 3/5/2024 | United States Trustee's Expedited Motion to Appoint Chapter 11 Trustee, or in the Alternative, Appoint an Examiner, Dismiss Case, or Convert Case to Chapter 7 |
| 39 | 4/3/2024 | Bankruptcy Schedules A-H, Summary of Schedules, List of 20 Largest Unsecured Creditors |
| 44 | 4/3/2024 | Chapter 11 Case Management Summary |
| 60 | 4/11/2024 | Order Granting in Part and Denying in Part Motion to Appoint Chapter 11 Trustee, or in the Alternative, Appoint an Examiner, Dismiss Case, or Convert Case to Chapter 7 - An Examiner shall be Appointed in this Case |
| 68 | 4/18/2024 | Order Approving Application for Approval of Chapter 11 Examiner Maria M. Yip |
| 146 | 6/28/2024 | Notice of Filing of Examiner's Report |
| 154 | 7/12/2024 | United States Trustee's Second Motion to Appoint Trustee or Convert Case to Chapter 7 |
| 203 | 8/9/2024 | Order (I) Granting United States Trustee's Second Motion to Appoint Chapter 11 Trustee, Dismiss Case, or Convert to Chapter 7; (II) Directing Clerk to Convert Case to Chapter 7; and (III) Ordering Related Relief |

| Docket No. | Date | Description |
|---|---|---|
| 207 | 8/12/2024 | Order and Notice Converting Case to Chapter 7 |
| 274 | 1/27/2025 | Motion For Sanctions and Protective Order Against Chapter 7 Trustee for Retaliatory Conduct, Abuse of Process, and Breach of Fiduciary Duty filed by Interested Parties John-Michael Cohen and David Hughes |
| 277 | 1/29/2025 | Motion to Compel Disclosure of Trustee Communications and Administrative Decisions filed by Interested Party John-Michael Cohan |
| 310 | 2/28/2025 | Order Denying Motion for Sanctions and Protective Order Against Chapter 7 Trustee |
| 322 | 3/4/2025 | Motion For Sanctions Against Chapter 7 Trustee, Akerman LLP, Aaron Cohen, and Ray Elliott for Bad Faith Litigation, Abuse of Process, Suppression of Exculpatory Evidence, Retaliation, and Breach of Fiduciary Duty filed by Interested Parties John-Michael Cohan and David Hughes |
| 325 | 3/6/2025 | Motion For Sanctions for Violation of the Automatic Stay under 11 U.S.C. Sec. 362(k) and Bad Faith Litigation against Raye C. Elliott & Akerman LLP filed by Interested Parties John-Michael Cohan and David Hughes |
| 334 | 3/12/2025 | Motion for Court Recognition of Resignation as Debtor Representative filed by Interested Party David Hughes |
| 335 | 3/12/2025 | Motion for Court Recognition of Resignation as Debtor Representative filed by Interested Party John-Michael Cohan |
| 380 | 6/26/2025 | Order Granting in Part Motion for Court Recognition of Resignation as Debtor Representative (Doc. 335) |

| Docket No. | Date | Description |
|---|---|---|
| 395 | 8/11/2025 | Motion to Seal Address filed by Interested Party John-Michael Cohan |
| 397 | 8/12/2025 | Order Denying Motion to Seal Address |
| 400 | 8/15/2025 | Motion for Reconsideration of Motion to Seal Address filed by Interested Party John-Michael Cohan |
| 416 | 8/25/2025 | Order Denying Motion for Reconsideration of Motion to Seal Address |
| 426 | 9/15/2025 | Objection to Judicial Conduct and Suppression of Evidence filed by Interested Party John-Michael Cohan |
| 492 | 11/25/2025 | Findings of Fact and Conclusions of Law on Order Denying Motion for Leave to Appeal *in Forma Pauperis* |
| 498 | 12/1/2025 | Notice of Filing Notice of Thanksgiving Administrative Filing Irregularity in Poor Attempt to Rebut Judicially-Verified 341 Meeting Criminal Act filed by Interested Party John-Michael Cohan |
| 573 | 4/21/2026 | Chapter 7 Trustee's Interim Report for Period Ending March 31, 2026 |
| 613 | 6/15/2026 | Chapter 7 Trustee's Notice of Ethical Screening Pursuant to Florida Bar Rule of Professional Conduct 4-1.12 |
| 617 | 6/22/2026 | Verified Motion to Modify or Rescind Order to Show Cause (Doc. 347) and for Final Ruling on Show Cause Hearing filed by Interested Party John-Michael Cohan |
| 624 | 7/13/2026 | Chapter 7 Trustee's Motion for Preliminary Injunction and Permanent Injunction |
| 645 | 8/6/2026 | Chapter 7 Trustee's Response to Motion to Modify or Rescind Order to Show Cause |

DATED: October 27, 2026

Respectfully Submitted,

Guy A. Van Baalen
Acting United States Trustee, Region 21

*/s/ Scott Bomkamp*

Scott Bomkamp, Trial Attorney
United States Department of Justice
Office of the United States Trustee
Indiana Bar No.:28475-49
George C. Young Federal Building and Courthouse
400 W. Washington Street, Suite 1100
Orlando, FL 32801
Telephone No.: (407) 648-6067
Email: scott.e.bomkamp@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served electronically through CM/ECF on October 27, 2026, to all parties having appeared electronically in the instant matter, and/or by email, to the following:

Aaron R. Cohen, Chapter 7 Trustee
Raye Curry Elliott, Esquire
Akerman LLP
401 East Jackson Street,
Suite 1700
Tampa, FL 33602
Email: raye.elliott@akerman.com

John Michael Cohen
E-mail: iustusprocessus@outlook.com[1]

*/s/ Scott Bomkamp*
Scott Bomkamp, Trial Attorney

[1] Mr. Cohan consistently has requested to receive service by email. The undersigned has emailed Mr. Cohan to ask for confirmation that this remains true for appellate matters.